UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

    v.

YIP HOLDINGS FIVE, LLC, a California Limited Liability Company, and Does 1-10,

        Defendants.

No. 2:14-cv-1114-WBS-EFB

ORDER

    Plaintiff's motion for entry of default judgment came on regularly for hearing before the assigned magistrate judge on January 21, 2015.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

    On September 15, 2015, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed September 15, 2015, are adopted in full; and

/////

1

2. Plaintiff's application for default judgment (ECF No. 19) is denied without prejudice to a subsequent properly-supported motion.

Dated:  September 30, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE