CENTER FOR DISABILITY ACCESS
MARK D. POTTER, ESQ., SBN 111282
PHYL GRACE, ESQ., SBN 171771
Mail: P.O. Box 262490
San Diego, CA 92196-2490
Deliveries: 9845 Erma Road, Suite 300
San Diego, CA 92131
Phone: (858) 375-7385
Fax: (888) 422-5191
phylg@potterhandy.com

Attorneys for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>YIP HOLDINGS FIVE, LLC, a California Limited Liability Company : and Does 1-10,<br><br>  Defendants. | Case No.: 2:14-CV-01114-WBS-EFB<br><br>**Order Granting Plaintiff's Ex Parte Application to Continue Pretrial Scheduling Conference** |

  Having considered Plaintiff's Application to Continue and supporting Declaration, and for good cause shown, the Court hereby grants the Application. The Pretrial Status Conference is continued to February 29, 2016, at 1:30 p.m.  A Status Report shall be filed no later than February 16, 2016.

**IT IS SO ORDERED.**

Dated:  December 2, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE