CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
      San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
      San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>             Plaintiff,<br><br>     v.<br><br>**YIP Holdings Five, LLC,** a California Limited Liability Company; and Does 1-10,<br><br>             Defendants. | Case 2:14-CV-01114-WBS-EFB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED DEFAULT JUDGMENT MOTION** |

Upon review of the Plaintiff's status report and request for extension of time to file an amended Motion for Default Judgment, and finding good cause therefore, it is hereby ordered that Plaintiff shall file an amended Motion for Default Judgment or a further Status Report no later than May 9, 2016. The Scheduling Conference is continued to 6/20/2016 at 01:30 PM in Courtroom 5.

Dated: April 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE