UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>YIP Holdings Five, LLC, a California Limited Liability Company; and Does 1-10<br><br>    Defendants. | Case: 2:14-CV-01114-WBS-EFB<br><br>**ORDER** |

## **ORDER**

Pursuant to the request of counsel for plaintiff, the entire case is hereby ordered dismissed without prejudice.

Dated: July 7, 2016

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE